**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: **08 C 566**

TRUSTEES of the IRON WORKERS' TRI-STATE WELFARE FUND et al.

v.

ILLIANA INC. a/k/a ILLIANA FENCE, INC,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALL PLAINTIFFS

**JUDGE BUCKLO**
**MAGISTRATE JUDGE ASHMAN**

| |
|---|
| NAME (Type or print)<br> Daniel P. McAnally |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/  Daniel P. McAnally |
| FIRM<br> WHITFIELD McGANN & KETTERMAN |
| STREET ADDRESS<br> 111 E. WACKER DRIVE, SUITE 2600 |
| CITY/STATE/ZIP<br> CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6205288 | TELEPHONE NUMBER<br>312-251-9700 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT