# EXHIBIT LIST

## EXHIBIT A
Affidavit of Service, Special Process Server

# Exhibit A

**Exhibit A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the IRON WORKERS TRI-STATE
WELFARE FUND, MID-AMERICA PENSION FUND, and
MID-AMERICA SUPPLEMENTAL MONTHLY ANNUITY
FUND

CASE NUMBER: 08-C-566

V.

ASSIGNED JUDGE: Bucklo

ILLIANA INC. a/k/a ILLIANA FENCE, INC

DESIGNATED
MAGISTRATE JUDGE: Ashman

TO: (Name and address of Defendant)

ILLIANA INC. a/k/a ILLIANA FENCE, INC
c/o LUIGI BIANCARDI, REGISTERED AGENT
355 N. CLARK ROAD
GARY, IN 46406

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 25 2008

DATE

ClientCaseID: N7584/DPM
Law Firm ID: WHITFIEL


*175686A*

CaseReturnDate: 2/29/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08C566**

**I, MELODY L. PISTELLO**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **Illiana Inc.**
PERSON SERVED **LUIGI BIANCARDI JR., VICE PRESIDENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **2/8/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE   **Race** WHITE   **Age** 48
**Height** 5'9"   **Build** MEDIUM   **Hair** SALT & PEPPER

LOCATION OF SERVICE   **355 N Clark Road**
**Gary, IN, 46406**

Date Of Service: 2/8/08   Time of Service   1:30 PM

MELODY L. PISTELLO       2/11/2008
Special Process Server
PERC #129-280835

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.