IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al., ) ) ) | |
| Plaintiffs ) ) | Case No. 08 C 566 |
| ) ) | Judge Bucklo |
| v. ) ) | |
| ILLIANA INC. a/k/a ILLIANA FENCE, INC. ) ) | |
| Defendant. ) | |

NOTICE OF MOTION

Luigi Biancardi
ILLIANA INC. a/k/a ILLIANA FENCE, INC.
355 N. Clark Road
Gary, IN 46406
Facsimile : 219-944-5011

PLEASE TAKE NOTICE that on **Tuesday, May 13, 2008** I shall appear before the Honorable Judge Bucklo at approximately **9:30 a.m.** in Courtroom 1441 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

TRUSTEES of the TRI-STATE WELFARE PLAN,
et al.

s/DANIEL P. McANALLY

Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing via Facsimile to the person/s to who said Notice is directed on May 8, 2008, s/Daniel P. McAnally.

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4902
CONNECTION TEL                    12199445011
CONNECTION ID
ST. TIME              05/08 15:58
USAGE T               01'14
PGS. SENT             8
RESULT                OK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN et al., ) ) ) Plaintiffs ) ) ) v. ) ) ILLIANA INC. a/k/a ILLIANA FENCE, INC. ) ) Defendant. ) | Case No. 08 C 566<br><br>Judge Bucklo |

### NOTICE OF MOTION

Luigi Biancardi
ILLIANA INC. a/k/a ILLIANA FENCE, INC.
355 N. Clark Road
Gary, IN 46406
Facsimile : 219-944-5011

　　PLEASE TAKE NOTICE that on **Tuesday, May 13, 2008** I shall appear before the Honorable Judge Bucklo at approximately **9:30 a.m.** in Courtroom 1441 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

　　　　　　　　　　　　TRUSTEES of the TRI-STATE WELFARE PLAN,
　　　　　　　　　　　　et al.

　　　　　　　　　　　　s/DANIEL P. McANALLY