# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Trustees of the Iron Workers Tri−State Welfare Plan, et al.

                      Plaintiff,

v.                                               Case No.: 1:08−cv−00566

                                                    Honorable Elaine E. Bucklo

Illiana Inc

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiffs' motion for default judgment [11] heard and the motion is granted. Accordingly, the court finds defendant in default and prove−up hearing set for set for 7/30/2008 at 09:30 AM. See Order of Default for details.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.