

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the IRON WORKERS )
TRI-STATE WELFARE PLAN, )
MID-AMERICA PENSION PLAN and )
MID-AMERICA SUPPLEMENTAL )
MONTHLY ANNUITY PLAN )
                                      )
                                      )
             Plaintiffs,            )       Case No.  08 C 566
                                      )
                                      )       Judge Bucklo
   v.                                  )
                                      )
ILLIANA INC. a/k/a ILLIANA FENCE, INC.    )
                                      )
             Defendant.           )

## ORDER of DEFAULT

WHEREAS, the Plaintiffs filed their Complaint on January 25, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED that the Defendant, ILLIANA INC. a/k/a ILLIANA FENCE, INC., within 10 days permit the Plaintiffs to review, inspect and copy the following books and records for the period **November 2005 through January 2008**:

1)   Employer's Quarterly Tax Returns, IRS Form No. 941;

2)   State of Illinois Unemployment Compensation Form U.C. No. 3
     State of Indiana tax report 941;

3)   Payroll Journal; Cash Disbursement Journal; Cash Receipts
     Journal; Payroll Subsidiaries;

4)   General ledger;

5)   Invoices and job contracts of subcontractors and suppliers;

6)   Time and job record cards;

7)   Listing or schedule of subcontractors;

8)   Check stubs and cancelled checks;

9)   W-2 Wage Statements and all other payroll records;

10)  Any other contribution reports involving employees filed with other Trust
     Funds;

11)  IRS Forms 1099 and 1096;

12)  Workers' Compensation Policies including any Workers'
     Compensation Audit Reports;

13)  Construction loan data;

14)  Waivers of Lien;

15)  Federal Income Tax Returns;

16)  Personnel records to verify what type of work was performed.


This Court will retain jurisdiction to enter an appropriate Supplemental Order as to amounts owed to Plaintiffs after completion of the audit.

ENTERED:

*Elaine E. Bucklo*

_____

ELAINE E. BUCKLO
UNITED STATES DISTRICT JUDGE


DATED: 5/13/08

2